AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

MAEDA PACIFIC CORPORATION,
a Guam corporation,

    V.

GMP HAWAII, INC., a Hawaii corporation
doing business as GMP ASSOCIATES,
OHIO PACIFIC TECH, INC., a Ohio
corporation doing business as GMP
ASSOCIATES, INC., and GMP
ASSOCIATES, INC. (collectively, "GMP");
and JORGENSEN & CLOSE ASSOCIATES,
INC., a Colorado corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00012**

ACKNOWLEDGED RECEIPT
Sign: _____
Print: TYCBP A DAWACI
Date: 8/14/08

TO: (Name and address of Defendant)

GMP HAWAII, INC.
c/o Wagdy Guirguis
1100 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel S. Teker
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

AUG 14 2008

CLERK                                              DATE

/s/ Francine A. Diaz
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.