# DISTRICT COURT OF GUAM

MAEDA PACIFIC CORPORATION,
a Guam corporation,

V.

GMP HAWAII, INC., a Hawaii corporation
doing business as GMP ASSOCIATES,
OHIO PACIFIC TECH, INC., a Ohio
corporation doing business as GMP
ASSOCIATES, INC., and GMP
ASSOCIATES, INC. (collectively, "GMP");
and JORGENSEN & CLOSE ASSOCIATES,
INC., a Colorado corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00012**

ACKNOWLEDGED RECEIPT
Sign: ~~[signature]~~
Print: TYLOP DAMAG
Date: 8/14/08

TO: (Name and address of Defendant)

JORGENSEN & CLOSE ASSOCIATES, INC.
c/o Steven R. Close, Registered Agent
25784 Mt. Vernon CC Road
Golden, CO 80401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel S. Teker
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

AUG 14 2008

CLERK                                    DATE

/s/ Francine A. Diaz

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                          *Signature of Server*


                                             _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.