TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 419-0281

Attorneys for Plaintiff
*Maeda Pacific Corporation*

FILED
DISTRICT COURT OF GUAM
AUG 1 4 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAEDA PACIFIC CORPORATION, a Guam corporation,<br><br>Plaintiff,<br><br>v.<br><br>GMP HAWAII, INC., a Hawaii corporation doing business as GMP ASSOCIATES, OHIO PACIFIC TECH, INC., a Ohio corporation doing business as GMP ASSOCIATES, INC., and GMP ASSOCIATES, INC. (collectively, "GMP"); and JORGENSEN & CLOSE ASSOCIATES, INC., a Colorado corporation,<br><br>Defendant. | CIVIL ACTION NO. 08-00012<br><br>**MAEDA PACIFIC CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |

Plaintiff, Maeda Pacific Corporation, is a wholly owned subsidiary of Maeda Road Const. Co. Ltd.

///

///

Page 1 - MAEDA PACIFIC CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-00038947_1   Case 1:08-cv-00012   Document 6   Filed 08/14/2008   Page 1 of 2

ORIGINAL

DATED this 8th day of August, 2008.

STEWART SOKOL & GRAY, LLC

By: _____
John Spencer Stewart
Attorneys for Plaintiff Maeda Pacific
Corporation

Page 2 - MAEDA PACIFIC CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-000389471 Case 1:08-cv-00012 Document 6 Filed 08/14/2008 Page 2 of 2