TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 419-0281

Attorneys for Plaintiff
*Maeda Pacific Corporation*

FILED
DISTRICT COURT OF GUAM
AUG 1 4 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAEDA PACIFIC CORPORATION, a Guam corporation,<br><br>Plaintiff,<br><br>v.<br><br>GMP HAWAII, INC., a Hawaii corporation doing business as GMP ASSOCIATES, OHIO PACIFIC TECH, INC., a Ohio corporation doing business as GMP ASSOCIATES, INC., and GMP ASSOCIATES, INC. (collectively, "GMP"); and JORGENSEN & CLOSE ASSOCIATES, INC., a Colorado corporation,<br><br>Defendant. | CIVIL ACTION NO. 08-00012<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE*** |

COMES NOW John Spencer Stewart, pursuant to General Rule 17.1(4)(d)(2), Local Rules of the District Court of Guam, and hereby applies for admission to appear *pro hac vice* in the above-captioned action on behalf of Plaintiff Maeda Pacific Corporation, and submits the following information as required by Rule.

Page 1 - APPLICATION FOR ADMISSION *PRO HAC VICE*

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5017
(503) 221-0699
FAX (503) 223-5706

899.001-00038947;1

ORIGINAL

Case 1:08-cv-00012  Document 7  Filed 08/14/2008  Page 1 of 3

1. My residence is located at:

   1920 SW River Drive, E107
   Portland, Oregon 97201

2. My office address is:

   Stewart Sokol & Gray, LLC
   2300 SW First Avenue, Suite 200
   Portland, Oregon 97201-5047

3. I have been admitted to practice in the following courts:

| Court | Admission Date |
|---|---|
| Oregon Supreme Court | 9/17/71 |
| U.S. District Court, District of Oregon | 9/20/71 |
| U.S. Court of Appeals, Ninth Circuit | 9/06/72 |
| U.S. Court of Federal Claims | 4/13/77 |
| United States Supreme Court | 6/12/78 |
| Washington Supreme Court | 6/24/86 |
| U.S. District Court, Western District of Washington | 7/12/95 |
| U.S. District Court, Eastern District of Washington | 11/13/95 |
| District of Columbia, Court of Appeals | 8/04/00 |
| Alaska Supreme Court | 10/04/00 |
| U.S. District Court, District of Alaska | 11/27/00 |
| U.S. Court of Appeals for Federal Circuit | 2/27/01 |
| Idaho Supreme Court | 4/25/02 |

4. I am a member in good standing and am eligible to practice in all of the above courts.

5. I am not currently suspended or disbarred from practicing in any court.

6. I have not applied for *pro hac vice* admission to this Court concurrently or within the year preceding this application.

7. I designate Samuel S. Teker, an active member in good standing of the bar of this Court, as co-counsel in the above-captioned action, with whom the Court and

///
///
///
///

Page 2 - APPLICATION FOR ADMISSION *PRO HAC VICE*

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-00038947 Case 1:08-cv-00012  Document 7  Filed 08/14/2008  Page 2 of 3

1 opposing counsel may readily communicate regarding the conduct of the case and upon
2 whom papers shall be served.
3 **I hereby declare that the above statements are true to the best of my**
4 **knowledge and belief and are subject to penalty of perjury.**
5 RESPECTFULLY SUBMITTED this 8th day of August, 2008.

_____
John Spencer Stewart

Page 3 - APPLICATION FOR ADMISSION *PRO HAC VICE*

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-000388471 Case 1:08-cv-00012 Document 7 Filed 08/14/2008 Page 3 of 3