TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 419-0281

Attorneys for Plaintiff
*Maeda Pacific Corporation*

FILED
DISTRICT COURT OF GUAM
AUG 14 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAEDA PACIFIC CORPORATION, a Guam corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GMP HAWAII, INC., a Hawaii corporation doing business as GMP ASSOCIATES, OHIO PACIFIC TECH, INC., a Ohio corporation doing business as GMP ASSOCIATES, INC., and GMP ASSOCIATES, INC. (collectively, "GMP"); and JORGENSEN & CLOSE ASSOCIATES, INC., a Colorado corporation,<br><br>　　　　Defendant. | CIVIL ACTION NO. 08-00012<br><br>**DESIGNATION OF CO-COUNSEL UNDER GENERAL RULE 17.1(4)(e)** |

COMES NOW John Spencer Stewart, pursuant to General Rule 17.1(4)(e), Local Rules of the District Court of Guam, and hereby designates Samuel S. Teker as co-counsel for Plaintiff Maeda Pacific Corporation in the above-captioned action. Samuel S. Teker is an active member in good standing of the Bar of this Court, resides in and has

Page 1 - DESIGNATION OF CO-COUNSEL UNDER GENERAL RULE 17.1(4)(e)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-00098947.1　　Case 1:08-cv-00012　　Document 8　　Filed 08/14/2008　　Page 1 of 2

ORIGINAL

1  offices in the District of Guam, and is a member of the law firm of Teker Torres & Teker,
2  P.C., located at Suite 2-A, 130 Aspinall Avenue, Hagåtña, Guam 96910-5018, (671) 477-
3  9891. Attached hereto as Exhibit A is the written consent of designee to serve as co-
4  counsel.

5      RESPECTFULLY SUBMITTED this 8th day of August, 2008.

6      STEWART SOKOL & GRAY, LLC

8      By: _____
         John Spencer Stewart
9          Attorneys for Plaintiff Maeda Pacific
         Corporation

Page 2 - DESIGNATION OF CO-COUNSEL UNDER GENERAL RULE 17.1(4)(e)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-000368477;1    Case 1:08-cv-00012    Document 8    Filed 08/14/2008    Page 2 of 2