TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 419-0281

Attorneys for Plaintiff
*Maeda Pacific Corporation*

FILED
DISTRICT COURT OF GUAM
AUG 14 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAEDA PACIFIC CORPORATION, a Guam corporation,<br><br>Plaintiff,<br><br>v.<br><br>GMP HAWAII, INC., a Hawaii corporation doing business as GMP ASSOCIATES, OHIO PACIFIC TECH, INC., a Ohio corporation doing business as GMP ASSOCIATES, INC., and GMP ASSOCIATES, INC. (collectively, "GMP"); and JORGENSEN & CLOSE ASSOCIATES, INC., a Colorado corporation,<br><br>Defendant. | CIVIL ACTION NO. 08-00012<br><br>**CONSENT OF SAMUEL S. TEKER AS CO-COUNSEL UNDER GENERAL RULE 17.1(4)(e)** |

I, Samuel S. Teker, consent to serve as co-counsel under General Rule 17.1(4)(e) in the above-captioned action, as designated by John Spencer Stewart, of Attorneys for Plaintiff Maeda Pacific Corporation.

///

EXHIBIT A
Page 1 of 2

Page 1 - CONSENT OF SAMUEL S. TEKER AS CO-COUNSEL UNDER GENERAL RULE 17.1(4)(e)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-000369477;1  Case 1:08-cv-00012  Document 9  Filed 08/14/2008  Page 1 of 2

ORIGINAL

1  DATED this 13th day of August, 2008.

2  TEKER TORRES & TEKER, P.C.

4  _____
   Samuel S. Teker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                EXHIBIT A
26                                                Page 2 of 2

Page 2 - CONSENT OF SAMUEL S. TEKER AS CO-COUNSEL UNDER
GENERAL RULE 17.1(4)(e)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706