```
 1  TEKER TORRES & TEKER, P.C.
    Suite 2-A, 130 Aspinall Avenue
 2  Hagåtña, Guam 96910-5018
    Telephone: (671) 477-9891
 3  Facsimile: (671) 472-2601

 4  STEWART SOKOL & GRAY LLC
    2300 SW First Avenue, Suite 200
 5  Portland, Oregon 97201-5047
    Telephone: (503) 221-0699
 6  Facsimile: (503) 419-0281

 7  Attorneys for Plaintiff
    *Maeda Pacific Corporation*
 8
```

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAEDA PACIFIC CORPORATION, a Guam corporation, <br><br> Plaintiff, <br><br> v. <br><br> GMP HAWAII, INC., a Hawaii corporation doing business as GMP ASSOCIATES, OHIO PACIFIC TECH, INC., a Ohio corporation doing business as GMP ASSOCIATES, INC., and GMP ASSOCIATES, INC. (collectively, "GMP"); and JORGENSEN & CLOSE ASSOCIATES, INC., a Colorado corporation, <br><br> Defendant. | CIVIL ACTION NO. 08-00012 <br><br><br> **ORDER GRANTING PETITION TO ADMIT ATTORNEY <u>PRO</u> <u>HAC</u> <u>VICE</u>** |

UPON GOOD CAUSE SHOWN, and after review of the Petition to Admit Attorney Pro Hac Vice, the Declaration of John S. Stewart in Support of the Petition, and the Consent of Samuel S. Teker to Designation of Local Counsel, and pursuant to Rules

1

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-00038947; 1

Case 1:08-cv-00012   Document 11   Filed 08/19/2008   Page 1 of 2

17.1(d) and (e) of the Local Rules of the District Court of Guam, the Petition to Admit Attorney Pro Hac Vice is hereby granted.

IT IS HEREBY ORDERED that John S. Stewart is admitted *pro hac vice* on behalf of Plaintiff Maeda Pacific Corporation for the pendency of the above-captioned action.

Samuel S. Teker is designated as local counsel.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 19, 2008

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

899.001-00038947; 1