**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM

SEP 12 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MAEDA PACIFIC CORPORATION, a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAII, INC., a Hawaii corporation, doing business as GMP Associates, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 08-00012 <br><br><br><br> **DECLARATION OF LAWRENCE J. TEKER** |

----------

LAWRENCE J. TEKER, hereby declares as follows:

1. I am a partner in the law firm of Teker Torres & Teker, P.C. and make this Declaration based upon personal knowledge.

2. The Defendants, GMP Hawaii, Inc., GMP Associates, Inc. and Jorgensen & Close Associates, Inc., were served with the Complaint and Summons in this matter in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. Attached hereto as Exhibit "A" and incorporated herein by reference is the original

Affidavit of Service executed by Jacinto Corrasco, a Civil Process Server for APS International, Ltd., together with a copy of the Summons upon GMP Hawaii, Inc., showing that GMP Hawaii, Inc. was served on August 27, 2008.

4. Attached hereto as Exhibit "B" and incorporated herein by reference is the original Affidavit of Service executed by Jacinto Corrasco, a Civil Process Server for APS International, Ltd., together with a copy of the Summons upon GMP Associates, Inc., showing that GMP Associates, Inc., was served on August 27, 2008.

5. Attached hereto as Exhibit "C" and incorporated herein by reference is the original Affidavit of Service executed by Melissa Brookstone, a Civil Process Server for APS International, Ltd., together with a copy of the Summons upon Jorgensen & Close Associates, Inc., showing that Jorgensen & Close Associates, Inc., was served on August 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated at Hagåtña, Guam, on September 11, 2008.

LAWRENCE J. TEKER

LJT:cs
M:PLDGS:MAEDA PACIFIC vs. GMP:009

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

# EXHIBIT "A"

| | |
|---|---|
| Maeda Pacific Corporation, et. al., Plaintiff(s) vs. GMP Hawaii, Inc., et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 091619-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GMP Hawaii, Inc., c/o Wagdy Giurguis
Court Case No. 08-00012

STEWART, SOKOL & GRAY
Ms. Dayna L. Simmons
2300 SW First Ave, Suite 200
Portland, OR  97201-5047

State of: _Hawaii_ ) ss.
County of: _Honolulu_ )
Name of Server: Jacinto Carrasco, Civil Process Server, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _27th_ day of _AUGUST_, 20 _08_, at _10:35_ o'clock _A_ M

Place of Service: at _1100 Alakea Street, Suite 1800_, in _Honolulu, HI 96813_

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Civil Cover Sheet;
Notice of Availability of US Magistrate Judge; Designation of Co-Counsel;
Consent of Samuel S. Teker as Co-Counsel; Application for Admission Pro Hac Vice;
Maeda Pacific Corporation's Rule 7.1 Disclosure Statement

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
GMP Hawaii, Inc., c/o Wagdy Giurguis

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: _Peter Melnyk, Vice President_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _Caucasian_; Hair Color _Gray_; Facial Hair _No_
Approx. Age _60_; Approx. Height _5'8"_; Approx. Weight _165_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _27th_ day of _August_, 20 _08_

May 5, 2011
(Commission Expires)

Signature of Server

Notary Public

**APS International, Ltd.**

Sherry E. Richardi
Notary Public

# DISTRICT COURT OF GUAM

MAEDA PACIFIC CORPORATION,
a Guam corporation,

V.

GMP HAWAII, INC., a Hawaii corporation doing business as GMP ASSOCIATES, OHIO PACIFIC TECH, INC., a Ohio corporation doing business as GMP ASSOCIATES, INC., and GMP ASSOCIATES, INC. (collectively, "GMP"); and JORGENSEN & CLOSE ASSOCIATES, INC., a Colorado corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00012**

TO: (Name and address of Defendant)

GMP HAWAII, INC.
c/o Wagdy Guirguis
1100 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel S. Teker
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

ACKNOWLEDGMENT RECEIPT
Sign:
Print:
Date:

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

AUG 14 2008

CLERK                                           DATE
/s/ Francine A. Diaz

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  2 7 2008 @ 10:35 a~ |
| NAME OF SERVER *(PRINT)* Jacinto Carrasco  Civil Process Server | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Served upon Gmp Hawaii Inc by Serving Peter Melnyk, Vice President at 1100 Alakea St. #1800 Honolulu HI 96813_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is ~~true and~~ correct.

Executed on  8/27/08
            Date            Signature of Server

*Address of Server*

Peter Melnyk
Peter Melnyk
Vice President

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT "B"

| | |
|---|---|
| Maeda Pacific Corporation, et. al., Plaintiff(s)<br>vs.<br>GMP Hawaii, Inc., et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 091619-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GMP Associates, Inc., c/o Wagdy Giurguis
Court Case No. 08-00012

STEWART, SOKOL & GRAY
Ms. Dayna L. Simmons
2300 SW First Ave, Suite 200
Portland, OR 97201-5047

State of: Hawai'i ) ss.
County of: Honolulu )

Name of Server: Jacinto Carrasco, Civil Process Server, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27th day of August, 20 08, at 10:35 o'clock AM

Place of Service: at 1100 Alakea Street, Suite 1800, in Honolulu, HI 96813

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Civil Cover Sheet;
Notice of Availability of US Magistrate Judge; Designation of Co-Counsel;
Consent of Samuel S. Teker as Co-Counsel; Application for Admission Pro Hac Vice;
Maeda Pacific Corporation's Rule 7.1 Disclosure Statement

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
GMP Associates, Inc., c/o Wagdy Giurguis
By delivering them into the hands of an officer or managing agent whose name and title is: Peter Melnyk, Vice President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Caucasian; Hair Color Gray ; Facial Hair NO
Approx. Age 60 ; Approx. Height 5'8" ; Approx. Weight 165

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 27th day of August, 20 08

May 5, 2011 (Commission Expires)

Signature of Server / Notary Public

**APS International, Ltd.**

L.S. Sherry E. Richardi
Notary Public

# DISTRICT COURT OF GUAM

MAEDA PACIFIC CORPORATION,
a Guam corporation,

V.

GMP HAWAII, INC., a Hawaii corporation
doing business as GMP ASSOCIATES,
OHIO PACIFIC TECH, INC., a Ohio
corporation doing business as GMP
ASSOCIATES, INC., and GMP
ASSOCIATES, INC. (collectively, "GMP");
and JORGENSEN & CLOSE ASSOCIATES,
INC., a Colorado corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00012**

TO: (Name and address of Defendant)

GMP ASSOCIATES, INC.
c/o Wagdy Guirguis
1100 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel S. Teker
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

an answer to the complaint which is served on you with this summons, within   __twenty (20)__   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

AUG 14 2008

CLERK

/s/ Francine A. Diaz

(By) DEPUTY CLERK

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/27/08 @ 10:35 am |
| NAME OF SERVER *(PRINT)* Jacinto Carrasco Civil Process Server | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served GMP Associates Inc through Peter Melnyk, Vice President at 1100 Alakea St, Aikoo, Honolulu, HI 96813

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/08
         Date         Signature of Server

Jacinto Carrasco
Civil Process Server

*Address of Server*

Peter Melnyk.
Peter Melnyk,
Vice President

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT "C"

| Maeda Pacific Corporation, et. al., Plaintiff(s) | Service of Process by |
|---|---|
| vs. | **APS International, Ltd.** |
| GMP Hawaii, Inc., et al., et. al., Defendant(s) | 1-800-328-7171 |



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 091619-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jorgensen & Close Associates, Inc., c/o Steven R. Close as the registered agent
Court Case No. 08-00012

STEWART, SOKOL & GRAY
Ms. Dayna L. Simmons
2300 SW First Ave, Suite 200
Portland, OR 97201-5047

State of: __COLORADO__ ) ss.
County of: __JEFFERSON__ )

**Name of Server:** __Melissa Brookstone__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28TH__ day of __AUGUST__, 20__08__, at __3:27__ o'clock __P__ M

**Place of Service:** at __350 INDIANA ST., Suite 720__, in Golden, CO 80401

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Civil Cover Sheet;**
**Notice of Availability of US Magistrate Judge; Designation of Co-Counsel;**
**Consent of Samuel S. Teker as Co-Counsel; Application for Admission Pro Hac Vice;**
**Maeda Pacific Corporation's Rule 7.1 Disclosure Statement**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Jorgensen & Close Associates, Inc., c/o Steven R. Close as the registered agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __COLLEEN DICKERSON, MANAGING AGENT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __GRAY__ ; Facial Hair __N__
Approx. Age __55__ ; Approx. Height __4'11"__ ; Approx. Weight __110 LB__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Melissa Brookstone_
Signature of Server

Subscribed and sworn to before me this __29TH__ day of __AUGUST__, 20__08__

_Jennifer S Brookstone_
Notary Public       (Commission Expires)
__11-27-2010__

**APS International, Ltd.**

JENNIFER S BROOKSTONE
Notary Public
State of Colorado

## DISTRICT COURT OF GUAM

MAEDA PACIFIC CORPORATION,
a Guam corporation,

V.

GMP HAWAII, INC., a Hawaii corporation
doing business as GMP ASSOCIATES,
OHIO PACIFIC TECH, INC., a Ohio
corporation doing business as GMP
ASSOCIATES, INC., and GMP
ASSOCIATES, INC. (collectively, "GMP");
and JORGENSEN & CLOSE ASSOCIATES,
INC., a Colorado corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00012**

TO: (Name and address of Defendant)

JORGENSEN & CLOSE ASSOCIATES, INC.
c/o Steven R. Close, Registered Agent
25784 Mt. Vernon CC Road
Golden, CO 80401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel S. Teker
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

AUG 1 4 2008

CLERK | DATE

/s/ Francine A. Diaz
(By) DEPUTY CLERK